**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7070**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JASON P. BELCHER, a/k/a Biz,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:09-cr-00158-3)

Submitted:  January 31, 2019                     Decided:  February 11, 2019

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason P. Belcher, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason P. Belcher appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Amendment 782 to the U.S. Sentencing Guidelines Manual, USSG app. C, amend. 782 (effective Nov. 1, 2014).[*] On appeal, Belcher claims that his amended advisory Guidelines range reflects an incorrect criminal history category and that the district court should have used its authority to further reduce the quantity of drugs attributed to Belcher.

We review for abuse of discretion a district court's decision whether to reduce a sentence under § 3582(c)(2) and review de novo a district court's conclusion regarding the scope of its legal authority under § 3582(c)(2). *United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016). Upon review of the record, we conclude that the district court properly determined Belcher's applicable amended Guidelines range "pursuant to § 1B1.1(a) . . . *before* consideration of any departure provision in the Guidelines Manual or any variance." *Id.* at 439 (quoting USSG § 1B1.10, p.s., cmt. n.1(A) (2011)). Further, the district court did not abuse its considerable discretion in electing to reduce the sentence to 188 months' imprisonment.

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court reduced Belcher's sentence, but Belcher seeks further reduction.